# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Steven Canonico,

           Plaintiff(s),

vs.

State of Nevada, et al.,

           Defendant(s).

Case No. 2:23-cv-01460-CDS-VCF

**Order**

      The plaintiff is incarcerated, so I previously ordered him to submit a certified copy of his trust fund account or to pay the full filing fee within thirty days. ECF No. 4; 28 U.S.C. § 1915(a)(1). Plaintiff filed a motion for an extension of time to file a copy of his certified trust fund account. ECF No. 5. I grant the motion.

      ACCORDINGLY,

      I ORDER that plaintiff's motion for an extension of time (ECF No. 5) is GRANTED.

      I FURTHER ORDER that plaintiff has until Friday, December 1, 2023, to either (1) submit a certified copy of the trust fund account or (2) pay the full fee for filing a civil action.

## **NOTICE**

      Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the

District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**

    IT IS SO ORDERED.

    DATED this 1st day of November 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE